**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

NELSON ALVAREZ,

    Petitioner,

v.                                      CASE NO. 5:11cv375-MP-GRJ

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

    Respondent.
_____/

**O R D E R**

    This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated November 29, 2011.  (Doc. 4).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  I have made a *de novo* determination of any timely filed objections.

    Having considered the Report and Recommendation, and any objections thereto timely filed, I have determined that the Report and Recommendation should be adopted.

    Accordingly, it is now ORDERED as follows:

    1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.    This cause is DISMISSED for lack of subject matter jurisdiction.

    **DONE and ORDERED** this 29th day of December, 2011.

                                            *s/ M. Casey Rodgers*
                                            **M. CASEY RODGERS
CHIEF UNITED STATES DISTRICT JUDGE**